**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Henry CHESTER, a/k/a Zeke,
Defendant–Appellant.**

**No. 13–6347.**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 23, 2013.

Henry Chester, Appellant Pro Se. Alfred William Walker Bethea, Jr., Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Chester appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion to reduce his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Chester,* No. 4:94–cr–00665–CMC–1 (D.S.C. Feb. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*